# EXHIBIT A



**Daniel Wayne Block**
@DanielWayneBlo1



Black Scorpion, The Warner Manufacturing amazon.com/dp/B00QL9MJU8/... via @amazon



✓Prime                                    ★★★★☆ (137 Reviews)

Black Scorpion, The
It's giant man-eating bugs battling humans to...
amazon.com

6/10/16, 12:39 PM