# EXHIBIT B

4/24/2017                    Amazon.com: Black Scorpion, The: Richard Denning, Mara Corday, Carlos Rivas, Mario Navarro, Edward Ludwig: Movies & TV

The Black Scorpion

