# EXHIBIT HH

**Judd Burstein**

---

**From:** █████████████
**Sent:** Friday, April 7, 2017 4:30 PM
**To:** Judd Burstein
**Subject:** Fwd: Fwd: Fw: Some interesting thoughts here

---------- Forwarded message ----------
From: **Pete Snyder** <pete@disruptor.com>
Date: Tue, Mar 4, 2014 at 11:42 AM
Subject: Fw: Some interesting thoughts here
To: Andrea Tantaros ████████████████████


Pete Snyder
CEO
Disruptor Capital

**From:** Shine, Bill
**Sent:** Monday, March 3, 2014 1:31 PM
**To:** Pete Snyder
**Subject:** RE: Some interesting thoughts here

I read this, some good stuff there. I know you called, I'll call you back as soon as I can. Cristina said you had a minor operation Friday ... I'm just going to go out on a limb and I'm going to guess it was a circumcision

---

**From:** Pete Snyder [mailto:pete@disruptor.com]
**Sent:** Monday, March 03, 2014 12:16 PM
**To:** Shine, Bill
**Subject:** Some interesting thoughts here


www.poynter.org/latest-news/business-news/the-biz-blog/240715/what-marc-andreessen-got-right-and-got-wrong-in-his-future-of-news-manifesto

Download the official Twitter app here

Pete Snyder

1