**EXHIBIT II**

**Judd Burstein**

**From:** [redacted]
**Sent:** Friday, April 7, 2017 4:29 PM
**To:** Judd Burstein
**Subject:** Fwd: Fwd: ?

---------- Forwarded message ----------
From: **Pete Snyder** <pete@disruptor.com>
Date: Thu, Mar 6, 2014 at 11:40 AM
Subject: Fwd: ?
To: Andrea Tantaros [redacted]


Pete Snyder
CEO
Disruptor Capital


Begin forwarded message:

**From:** "Shine, Bill" <Bill.Shine@FOXNEWS.COM>
**Date:** March 6, 2014 at 11:24:39 AM EST
**To:** 'Pete Snyder' <pete@disruptor.com>
**Subject:** ?

Got a sec?


# The Next Ailes: Newsmax's Chris Ruddy Preps TV Rival to Fox News

1

http://www.businessweek.com/articles/2014-03-06/newsmaxs-chris-ruddy-preps-tv-network-to-rival-fox-news