

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**LINDA C. GOLDSTEIN**

linda.goldstein@dechert.com
+1 212 698 3817  Direct
+1 212 698 0684  Fax

May 17, 2017

**BY ECF**

Honorable George B. Daniels
United States District Court for the Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *Tantaros v. Fox News Network, LLC, et al.*, No. 1:17-cv-02958 (GBD):
        **Uncontested Request for Adjournment**

Dear Judge Daniels:

We represent Defendants Fox News Network, LLC, William Shine and Irena Briganti (collectively, the "Fox News Defendants") in this matter.  Pursuant to Rule II.D of the Court's Individual Rules and Practices, we write to request an extension of the Fox News Defendants' time to answer, move, or otherwise respond to the Complaint from May 18, 2017 to and including June 19, 2017.  This is the Fox News Defendants' first request for an extension and Plaintiff's counsel has given his consent to it.  We are resubmitting this request in light of the reassignment of this case from Judge Koeltl to Your Honor.

Respectfully submitted,

*/s/ Linda C. Goldstein*
Linda C. Goldstein

cc:  Judd Burstein, Esq. (by ECF)
      Peter Calamari, Esq. (by email)
      Randy Mastro, Esq. (by email)