# JUDD BURSTEIN, P.C.
ATTORNEYS AT LAW

JUDD BURSTEIN*
PETER B. SCHALK**

G. WILLIAM BARTHOLOMEW**
ALI R. JAFFERY**

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY

5 COLUMBUS CIRCLE
1790 BROADWAY
NEW YORK, NEW YORK 10019
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880
TEL: (203) 226-4823

June 15, 2017

**SO ORDERED:**

_____
George B. Daniels, U.S.D.J.

Dated: JUN 19 2017

**VIA ECF**
Hon. George B. Daniels
United States District Court
500 Pearl Street, Courtroom 11A
New York, New York 10007

Re: *Tantaros v. Fox News Network, LLC, et al.*, No. 17-cv-2958

Dear Judge Daniels:

I am principal of Judd Burstein, P.C., attorneys for Plaintiff Andrea Tantaros ("Plaintiff") in the above-captioned action. Pursuant to to Rule II(D) of Your Honor's Individual Rules and practices, I write to request a five-day extension of time (from June 22, 2017 to June 27, 2017) for Plaintiff to respond to Defendants Fox News Network, LLC, William Shine, and Irena Briganti's ("Defendants") motions (a) for sanctions pursuant to Fed R. Civ. P. 11(C), and (b) to compel arbitration (collectively, the "Motions"). Defendants do not object to this request, and ask that their time to file a reply be given a concomitant extension to July 11, 2017.

The request is made necessary due to the extraordinary press of work our firm has experienced in other matters this week, including, but not limited to, (a) the emergent commencement of a lawsuit regarding real estate closings that are scheduled to occur this week in *Milonas v. Milonas*, N.Y. Cty. Sup. Ct., Index No. 653187/2017 (Sherwood, J.S.C.), (b) time sensitive filings on Monday and Tuesday of this week in *JP Morgan Chase Bank, NA v. Richard W. Neu, et al.*, C.A. No. 2:17-cv-03475-JMV (D.N.J.), and (c) a complicated summary judgment motion we are filing tomorrow in *Billy Chicago Limited v. Chicago China Tour, LLC, et al.*, N.Y. Cty. Sup. Ct., Index No. 650234/2014 (Ramos, J.S.C.).

This is the second request for an extension. In this regard, on May 30, 2017, Your Honor granted the parties' joint application (a) to extend Plaintiff's time to file papers in opposition to the Motions to June 22, 2017, and (b) to extend Defendants' time to file reply papers to July 6, 2017. (Doc. No. 27).

JUDD BURSTEIN, P. C.

Hon. George B. Daniels
June 15, 2017
Page 2

      Based upon the foregoing, the undersigned respectfully request that (a) Plaintiff's time to file papers in opposition to the Motions be extended from June 22, 2017 to and including June 27, 2017, and (b) Defendants' time to file papers in reply be extended from July 6, 2017 to and including July 11, 2017.

                                              Respectfully yours,

                                              Judd Burstein

cc:    All parties (by ECF)