# Exhibit 10



**From:** Mastro, Randy M. <RMastro@gibsondunn.com>
**Sent:** Tuesday, April 18, 2017 7:45 PM
**To:** Judd Burstein
**Subject:** Andrea Tantaros

It is profoundly disappointing to me that you and your client (Andrea Tantaros) are conducting yourselves this way. Let me recap where things stand.

First, on April 10, you sent our client, Pete Snyder, direct email communications, in which: (i) you personally threatened to file a lawsuit against him "within the next week;" (ii) you made accusations in that email about his personal life that have nothing to do with the viability of any legal claim you may bring on behalf of your client; (iii) you accused him of conducting an "ongoing abusive, disturbing, exploitative and frankly, horrific social-media influence campaign targeting Andrea Tantaros on behalf of Fox News under the direction of Bill Shine and Roger Ailes," even though Pete Snyder long ago sold his social media company (New Media Strategies) and has done no social media-related work for Fox in many years, let alone any "ongoing" activity relating to Andrea Tantaros; (iv) you therefore cannot possibly have any good faith basis for asserting any claim of "intentional infliction of emotional distress and prima facie tort" against Pete Snyder that would survive dismissal on the merits, under the applicable one-year statute of limitations, or both; and (v) you claimed you would file this lawsuit "in the Southern District of New York," even though you were already ordered by a New York state court judge to abide by the agreement your client signed with Fox to arbitrate any such claims under strict

confidentiality and are obviously now trying to evade that ruling in order to generate publicity adverse to Pete Snyder and others through a public filing in a transparent attempt to pressure settlement.

Next, you and I spoke on the telephone yesterday morning, I requested you forebear filing for a week while we continued to talk, you told me you knew of a negative Salon article about my client that would be coming out imminently -- obviously, because you had helped generate the story, which appeared this morning, in furtherance of your pressure campaign -- and you assured me that you would encourage your client to give us time to talk further.

Imagine my surprise, then, when you got back to me by email yesterday afternoon, informed me you could not convince your client to hold off, and then demanded $15M to settle the case.

I've seen some high-handed maneuvers over the years, but this one takes the cake. You apparently like to send "legal notice" emails like the one you sent to our client last week. So let this serve as notice to you and your client: I will not let our client be shaken down by you and your client; to our knowledge, our client has done none of the things you claim he has been doing over the past year on an "ongoing" basis "on behalf of Fox News under the direction of Bill Shine and Roger Ailes;" you and your client have no good faith basis for alleging in court any such thing; and we intend to hold you and your client accountable if you proceed with any such bad faith public filing.

---

**From:** Judd Burstein <JBurstein@BURLAW.COM>
**Sent:** Monday, April 17, 2017 3:13 PM
**To:** Mastro, Randy M.
**Subject:** Tantaros

I am sending this to you without having gone through the fine print with my

clients, but there should be minimal changes on our end.

I know I am asking for a big number. So if your client believes that he is innocent and can withstand the discovery process, he should just reject my proposal, and we can litigate starting Wednesday.

I wish I had the freedom to be more generous with timing, but it is out of my hands.

Best, Judd.