# JUDD BURSTEIN, P.C.
### ATTORNEYS AT LAW

JUDD BURSTEIN*
PETER B. SCHALK**

G. WILLIAM BARTHOLOMEW**
ALI R. JAFFERY**

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY

5 COLUMBUS CIRCLE
1790 BROADWAY
NEW YORK, NEW YORK 10019
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880
TEL: (203) 226-4823

July 5, 2017

**VIA ECF**
Hon. George B. Daniels
United States District Court
500 Pearl Street, Courtroom 11A
New York, New York 10007

Re: *Tantaros v. Fox News Network, LLC, et al.*, No. 17-cv-2958

Dear Judge Daniels:

I am principal of Judd Burstein, P.C., attorneys for Plaintiff Andrea Tantaros ("Plaintiff") in the above-captioned action. Pursuant to Rule II(D) of Your Honor's Individual Rules and Practices, I write with the consent of opposing counsel to request a brief extension of time for Plaintiff to respond to Defendants Peter A. Snyder and Disruptor, Inc.'s (collectively, "Defendants") motions (a) for sanctions pursuant to Fed R. Civ. P. 11(C), and (b) to dismiss pursuant to Fed R. Civ. P. 8(a) and 12(b)(6), or alternatively, to compel arbitration (collectively, the "Motions"). This is the first such request for an extension.

The undersigned respectfully requests that (a) Plaintiff's time to file papers in response to the Motions be extended from July 5, 2017 to and including July 21, 2017, and (b) Defendants' time to file papers in reply be extended from July 12, 2017 to and including August 1, 2017.

Respectfully yours,

Judd Burstein

cc: All parties (by ECF)