# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

900 THIRD AVENUE • 20TH FLOOR
NEW YORK, NEW YORK  10022
212.751.3001
FAX 212.751.3113
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK

ALGIERS
LONDON
MÉXICO CITY
MONTERREY
PARIS

MARION BACHRACH
DIRECT DIAL: (212) 751-3341
EMAIL: marion.bachrach@tklaw.com

July 12, 2017

**By ECF and Fed-Ex Overnight Delivery**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

    Re:    ***Tantaros v. Fox News Network, LLC, et al.*** **(Case No. 17 Civ. 2958)**

Dear Judge Daniels:

    We represent defendant William Shine in the above-referenced civil case. Pursuant to Rule III.D of the Court's Individual Rules and Practices, we respectfully request oral argument on the Rule 11 Motion for Sanctions filed on behalf of the Fox News defendants on May 24, 2017 [ECF Doc. Nos. 18-20].

    In addition, in accordance with Rule II.E.ii of the Court's Individual Rules and Practices, we respectfully submit courtesy copies of the following papers that we filed today on behalf of Mr. Shine: (1) Reply Declaration of Marion Bachrach [ECF Doc. No. 67], and (2) Reply Memorandum of Law in Support of Defendant William Shine's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11(C) [ECF Doc. No. 68].

                                          Respectfully submitted,

                                          Marion Bachrach

Enclosures

cc:    All Counsel (by ECF)