**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

July 24, 2017

VIA ECF

Hon. George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Tantaros v. Fox News Network, LLC et al.*, Case No. 17-cv-02958 (GBD)

Dear Judge Daniels:

We represent Defendants Peter A. Snyder and Disruptor, Inc. in the above-captioned action. Multiple counsel for different sets of parties are unavailable as a result of prior commitments that cannot be rescheduled for the September 7, 2017 initial conference date that Your Honor ordered on July 19, 2017.  *See* ECF No. 71.  Accordingly, pursuant to Rule II.D of Your Honor's Individual Rules and Practices, we respectfully request that the initial conference be adjourned until September 18, 2017.  All counsel of record are available on that day and join in this request.

While there have been four previous requests for adjournment, this one was necessitated by the fact that all parties requested an earlier date in September and some cannot attend the different date then set by the Court, so we respectfully request this somewhat later date in September when all counsel are available.  Your Honor granted the previous requests.

Respectfully,

/s/ Randy M. Mastro

Randy M. Mastro

cc:   All counsel of record (via ECF)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.