# JUDD BURSTEIN, P.C.
### ATTORNEYS AT LAW

| | |
|---|---|
| JUDD BURSTEIN* <br> PETER B. SCHALK** <br> ——— <br> G. WILLIAM BARTHOLOMEW** <br> ALI R. JAFFERY** <br><br> *ALSO ADMITTED IN CONNECTICUT <br> **ALSO ADMITTED IN NEW JERSEY | 5 COLUMBUS CIRCLE <br> 1790 BROADWAY <br> NEW YORK, NEW YORK 10019 <br> TEL: (212) 974-2400 <br> FAX: (212) 974-2944 <br> WWW.BURLAW.COM <br><br> 12 OLD HILL FARMS ROAD <br> WESTPORT, CONNECTICUT 06880 <br> TEL: (203) 226-4823 |

August 4, 2017

**VIA ECF**
Hon. George B. Daniels
United States District Court
500 Pearl Street, Courtroom 11A
New York, New York 10007

    Re: *Tantaros v. Fox News Network, LLC, et al.*, Case No. 17-cv-2958

Dear Judge Daniels:

  I am principal of Judd Burstein, P.C., attorneys for Plaintiff Andrea Tantaros ("Plaintiff") in the above-captioned action. Pursuant to Rule II(D) of Your Honor's Individual Rules and Practices, I write with the consent of opposing counsel to request a very brief extension of the briefing schedule on Defendants Peter A. Snyder and Disruptor, Inc.'s (collectively, "Defendants") motions (a) for sanctions pursuant to Fed R. Civ. P. 11(c), and (b) to dismiss pursuant to Fed R. Civ. P. 8(a) and 12(b)(6), or alternatively, to compel arbitration (collectively, the "Motions"). Because the initial conference has been adjourned to October 12, 2017 (*see* Doc. No. 73), this short extension will not delay progress on this case. This is the third such request for an extension.

  On July 19, 2017, Your Honor granted an extension of the briefing schedule on the Motions due to an imminent medical issue that required me to undergo surgery. (Doc. No. 71). Accordingly, Plaintiff's opposition papers are now due August 8, 2017, and Defendants' reply papers are due August 31, 2017. (*Id.*). Because my surgery and recovery have resulted in a significant back-log of work for my firm, I respectfully request that (a) Plaintiffs' deadline to file their papers in opposition to the Motions be extended two days until August 10, 2017, and (b) Defendants' deadline to file their reply papers in further support of the Motions be extended one day until September 1, 2017.

                Respectfully yours,

                Judd Burstein

cc: All parties (by ECF)