UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                   :

ANDREA TANTAROS                     :
                                     :

               Plaintiff,      :     Case No. 17-cv-02958 (GBD)
                                       :

      v.                            :     **DECLARATION OF RANDY M.**
                                       :     **MASTRO IN FURTHER SUPPORT OF**
FOX NEWS NETWORK, LLC, ROGER    :     **DEFENDANTS PETER A. SNYDER**
AILES, WILLIAM SHINE, IRENA       :     **AND DISRUPTOR, INC.'S MOTION**
BRIGANTI, PETER A. SNYDER,       :     **SEEKING SANCTIONS PURSUANT TO**
DISRUPTOR, INC., and JOHN DOES 1-50.  :     **RULE 11**
                                         :

              Defendants.     :
                                         :
--------------------------------------------------------x

I, Randy M. Mastro, hereby declare as follows:

1.   I am a member of  the bar of this Court and a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel to Defendants Peter A. Snyder and Disruptor, Inc. (collectively, the "Moving Defendants").  I submit this declaration in support of the Moving Defendants' Motion Seeking Sanctions Pursuant to Federal Rule of Civil Procedure 11.

2.   Attached as Exhibit 1 is a true and correct copy of an article titled *Fmr Fox News Host Andrea Tantaros Sues After Alleged Defamatory Tweet About On-Air Talent Brawl*, originally published in Law Newz on April 20, 2017.

3.   Attached as Exhibit 2 is a true and correct copy of an article titled *Former Fox News Host Alleges Network Operatives Hacked Her Phone As Part of Smear Campaign*, originally published in New York Magazine on April 24, 2017.

4.   Attached as Exhibit 3 is a true and correct copy of an article titled *Ex-Host Claims Fox News Hacked Her, Used Info to 'Emotionally Torture' Her Online*, originally published in the Daily Beast on April 24, 2017.

5.   Attached as Exhibit 4 is a true and correct copy of an article titled *The Widening Blast Radius of the Fox News Scandal*, originally published in Politico on May 14, 2017.

6.   Attached as Exhibit 5 is a true and correct copy of an article titled *Fox News Alleged to Have Paid "Astronomical" Sum to Launch Cyberattacks*, originally published in the Hollywood Reporter on August 11, 2017.

7.   Attached as Exhibit 6 is a true and correct copy of an article titled *Ex-Fox News Host Andrea Tantaros Claims Network Paid On-Air Contributor to Cyberbully Her*, originally published in the Wrap on August 11, 2017.

8.   Attached as Exhibit 7 is a true and correct copy of an article titled *Andrea Tantaros Claims Fox News "Tortured" Her Via Hacking, Social Media Stalking*, originally published in the Hollywood Reporter on April 24, 2017.

9.   Attached as Exhibit 8 is a true and correct copy of an article titled *If Fox News Has a Social Media Sock Puppeteer, Does he Gain Benefit of Arbitration?*, originally published in the Hollywood Reporter on June 21, 2017.

I hereby declare, under penalty of perjury, that the foregoing is true and correct.


Dated:  New York, New York
        September 1, 2017

                                    */s/ Randy M. Mastro*
                                    Randy M. Mastro