UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ANDREA TANTAROS,

                Plaintiff,

                - against -

FOX NEWS NETWORK, LLC, ROGER
AILES, WILLIAM SHINE, IRENA BRIGANTI,
PETER A. SNYDER, DISRUPTOR, INC., and
JOHN DOES 1-50,

                Defendants.

17 Civ. 2958 (GBD)

------------------------------------------------------------x

## PLAINTIFF'S NOTICE OF MOTION
## TO JOIN THE ESTATE OF ROGER AILES

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Plaintiff's Motion to Join the Estate of Roger Ailes, Plaintiff Andrea Tantaros will move this Court, at a date and time to be determined by the Court, for an order, pursuant to Rule 20 of the Federal Rules of Civil Procedure, joining the Estate of Roger Ailes as a Defendant in this action.

Dated: October 5, 2017

                Respectfully submitted,

                MORGAN, LEWIS & BOCKIUS LLP

                By: */s/ Martha B. Stolley*
                      Martha B. Stolley
                      Jawad B. Muaddi
                      101 Park Avenue
                New York, New York  10178
                (212) 309-6000

                *Attorneys for Plaintiff Andrea Tantaros*