# JUDD BURSTEIN, P.C.
ATTORNEYS AT LAW

JUDD BURSTEIN*
PETER B. SCHALK**

G. WILLIAM BARTHOLOMEW**
ALI R. JAFFERY**

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY

5 COLUMBUS CIRCLE
1790 BROADWAY
NEW YORK, NEW YORK 10019
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880
TEL: (203) 226-4823

October 9, 2017

**VIA ECF**
Hon. George B. Daniels
United States District Court
500 Pearl Street, Courtroom 11A
New York, New York 10007

Re:   *Tantaros v. Fox News Network, LLC, et al.*, Case No. 17-cv-2958

Dear Judge Daniels:

I write in response to the numerous letters which have been filed with the Court recently.

**First**, I have never suggested that my withdrawal as counsel for Ms. Tantaros would or should obviate the sanctions motions filed against me.

**Second**, now that new counsel have entered Notices of Appearance on behalf of Ms. Tantaros, I respectfully ask Your Honor to grant my motion to withdraw as counsel for Ms. Tantaros.

**Third**, if Your Honor does grant my motion to withdraw as counsel, I intend to file a motion to intervene so as to protect my personal interest in defending against the sanctions motions. Given the press of other matters in my office, I request two weeks, or until October 23, 2017, to make that motion, which will also seek more expanded discovery than the discovery (to which I have no objection) sought by Ms. Briganti.

**Fourth**, I also request that this week's conference be adjourned -- particularly because (a) now that Ms. Tantaros has new counsel, I am appropriately no longer authorized to speak on her behalf, and (b) I will have no standing to speak on my behalf absent an order permitting me to intervene.

Respectfully yours,

Judd Burstein

cc: All Counsel (via ECF)