UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

ANDREA TANTAROS,

               Plaintiff,

   v.                                 ORDER

FOX NEWS NETWORK LLC, et al.      17-cv-2958 (GBD)

               Defendants.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

    The conference scheduled for October 12, 2017 is cancelled. Oral argument on Defendants' Motion for Sanctions, Motion to Compel Arbitration, and Motion to Dismiss is scheduled for November 30, 2017 at 10:30 AM.

    The Motion for Judd Burstein and Judd Burstein, P.C. to Withdraw as Counsel (ECF No. 87) is GRANTED.

    Any responses to the Motion to Add the Estate of Roger Ailes (ECF No. 92) and the Motion for Expedited Rule 11 Discovery (ECF No. 95) shall be submitted by October 20, 2017. Any replies shall be submitted by October 27, 2017.

    The Clerk of Court is directed to close the motions at ECF Nos. 44, 66, and 87.

Dated: October 10, 2017
       New York, New York

                                       SO ORDERED.

                                       *George B. Daniels*
                                       GEORGE B. DANIELS
                                       UNITED STATES DISTRICT JUDGE