UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREA TANTAROS,

                    *Plaintiff*,

  -- against --                                  Case No. 17-cv-2958 (GBD)

FOX NEWS NETWORK, LLC, ROGER AILES,      **NOTICE OF MOTION**
WILLIAM SHINE, IRENA BRIGANTI, PETER
A. SNYDER, DISRUPTOR, INC., and JOHN
DOES 1-50,

                    *Defendants*.
------------------------------------------------------------X

JUDD BURSTEIN and JUDD BURSTEIN, P.C.,

                    *Applicants for*
                    *Intervention*.

------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that, upon the accompanying (a) Declaration of Judd Burstein, dated October 27, 2017, and the annexed Exhibit A; (b) Memorandum of Law; and (c) all prior proceedings heretofore had herein, Judd Burstein and Judd Burstein, P.C. will move this Court, before the Honorable George B. Daniels, United States District Judge, at Courtroom 11A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a time and date to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 24(b) granting the motion of Judd Burstein and Judd Burstein, P.C. to intervene in the above-captioned case for the purpose of contesting the pending motions asserted against them under Fed. R. Civ. P. 11(c), together with such other and further relief as this Court deems just and proper.

Dated: New York, New York
October 30, 2017

                                          Respectfully submitted,

                                          JUDD BURSTEIN, P.C.

                                          By: /s/ Judd Burstein
                                                Judd Burstein, Esq.
                                                5 Columbus Circle, Suite 1501
                                                New York, New York 10019
                                                T: (212) 974-2400
                                                F: (212) 974-2944
                                                E: jburstein@burlaw.com
                                                *Proposed Intervenors Pro Se*

TO:    All counsel (via ECF)