Morgan Lewis

**Martha B. Stolley**
Partner
+1.212.309.6858
martha.stolley@morganlewis.com

November 22, 2017

**VIA EMAIL**

Linda C. Goldstein, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036

Marion Bachrach, Esq.
Thompson & Knight, LLP
900 Third Avenue
New York, NY 10022-3915

Randy M. Mastro, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166

**Re: Tantaros v. Fox News Network, LLC, et al., No. 17-cv-2958**

Dear Counsel:

As we noted in our October 11, 2017 letter to Ms. Goldstein and our October 20, 2017 response to Fox News and Ms. Briganti's motion for Rule 11 discovery, we have been getting up to speed as quickly as possible in this matter and other matters involving Ms. Tantaros. We are still working on a potential amended complaint in this matter. We will know early next week whether Ms. Tantaros will seek to file an amended complaint and, if so, the content of it. We will share any amended complaint in draft form with you before any motion to make an amendment, to see if you will voluntarily agree to any amendment. We also will let you know, if there is not to be an amendment, whether Ms. Tantaros will withdraw the current complaint. In the interim, we want to confirm in the strongest terms possible that we (Morgan Lewis) have NOT adopted in any way as our own the current complaint and we will NOT rely on it in any way if the current claims proceed. As a result, Defendants should not make any public filings or statements falsely claiming otherwise.

We will follow up on this matter after Thanksgiving weekend, which we hope you enjoy.

Sincerely,

*/s/ Martha B. Stolley*
Martha B. Stolley

DB1/ 94508020.1