Tor Ekeland (TE5608)
Tor Ekeland Law PLLC
195 Montague Street
14th Floor
Brooklyn, NY 11201
Tel:    (718) 737-7264
Fax:    (718) 504-5417
Email: tor@torekeland.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

X_____X
                                 :     NO. 1:17-CV-02958 (GBD)

ANDREA TANTAROS,          :

            *Plaintiff*,    :

                  :     **APPEARANCE OF**
         v.          :     **COUNSEL FOR**
                  :     **PLAINTIFF**

FOX NEWS NETWORK, LLC; ROGER AILES;  :
WILLIAM SHINE; IRENA BRIGANTI; PETER A.  :
SNYDER; DISRUPTOR, INC.; and JOHN DOES 1-50  :

           *Defendants*.    :

X_____X

To the Clerk of this Court and all parties of record:

I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff Andrea Tantaros.

Dated: 1/16/18

                          */s/ Tor Ekeland*
                          Tor Ekeland (TE5608)
                          Tor Ekeland Law PLLC
                          195 Montague Street
                          14th Floor
                          Brooklyn, NY 11201
                          tel:    (718) 737-7246
                          fax:    (718) 504-5417
                          tor@torekeland.com