Morgan Lewis

**Christopher A. Parlo**
Partner
+1.212.309.6062
chris.parlo@morganlewis.com

January 17, 2018

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

**Re: Tantaros v. Fox News Network, LLC, et al., No. 17-cv-2958 – Plaintiff's Request to Extend Deadline to File Proposed Amended Complaint**

Dear Judge Daniels:

On behalf of Plaintiff Andrea Tantaros, we respectfully request a brief extension of the January 19, 2018 deadline for Plaintiff to file an amended complaint in this action. Good cause for this request exists because Ms. Tantaros has added new counsel in this action, Tor Ekeland, who entered his appearance on Tuesday. Mr. Ekeland's law firm specializes in complex computer and technology cases and litigates them in federal courts nationally. Particularly given the fact that the original complaint in this matter is the subject of a sanctions motion from the Defendants, he needs the additional time for his review of the computer forensics reports and record in this case. He and his team have specifically been reviewing the case file and the complex findings of the investigation which includes the substantial, additional work performed by Plaintiff's cybersecurity experts that we outlined at the beginning of the November 30, 2017 hearing.

Mr. Ekeland needs until January 29, 2018 to finish his review. We respectfully request that the Court extend the January 19, 2018 deadline accordingly. The extension should have no impact on the remaining schedule as Your Honor built in a full month and a half before the next conference, on March 1, 2018, on the pending motions and any amended complaint. Ms. Tantaros also has no objection to a corresponding extension of the March 1 date set by the Court if there is an amended complaint and Defendants wish to file a motion in response.

In accordance with Rule II.C of Your Honor's Individual Rules and Practices, Plaintiff states that no previous request for an adjournment of the January 19, 2018 deadline has been made. Pursuant to those same rules we reached out to counsel for the Defendants to seek their consent for this extension. They do not consent and oppose the request. Their stated reasons are that: "Plaintiff has already obtained new counsel in this case who have been

reviewing the Complaint since September; she added another partner to the Morgan Lewis team in November. Plaintiff should not be permitted yet another extension in the hope of identifying yet another lawyer to sign an amended complaint. In addition, the requested extension would not permit briefing of a motion to dismiss in advance of the currently scheduled March 1 conference."

Respectfully submitted,

*/s/ Christopher A. Parlo*

Christopher A. Parlo

cc: Counsel of Record