# Morgan Lewis

**Christopher A. Parlo**
Partner
+1.212.309.6062
chris.parlo@morganlewis.com

January 29, 2018

<u>**VIA ECF**</u>

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

> Re:   <u>Tantaros v. Fox News Network, LLC, et al., No. 17-cv-2958 – Proposed Amended Complaint</u>

Dear Judge Daniels:

Enclosed is a cover letter and proposed Amended Complaint in the above referenced matter. The Court directed that any amended complaint be filed by today, pursuant to the Court's Order at the November 30, 2017 hearing and subsequently granted extension. Ms. Tantaros submits the proposed Amended Complaint and will be proceeding at this time *pro se*. Our firm is not the author of and is not counsel on the proposed Amended Complaint or its attachments. We will, however, assist Ms. Tantaros in her transition to *pro se* status, and will remain involved for the limited purpose of the March 1 conclusion of the prior hearing in this matter.

Respectfully submitted,

*/s/ Christopher A. Parlo*
   Christopher A. Parlo


cc:   Counsel of Record