January 29, 2018

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10017

Re: Tantaros v. Fox News Network, LLC, et al., No. 17-cv-2958-Plaintiff Submission of Amended Complaint

Dear Judge Daniels:

I submit the attached proposed Amended Complaint to Your Honor containing the additional information you requested during the November 30, 2017 hearing and additional details that I hope you will find helpful to better explain my case.

I am submitting this amended complaint *pro se* for the simple fact that some stories can only be properly articulated and accurately explained by the ones who have walked in the shoes that have led them down a particularly challenging road.

At times, even the finest lawyers in America cannot contextualize exactly what this company has done to so many people, and exactly what has transpired behind the curtain at Fox News.

With most sincere gratitude for your consideration.

Respectfully submitted,

_____

Andrea Tantaros, *pro se*