

Intelligence To Action



Our tools, your security

# OSINT REPORT
## Andrea Tantaros

## WEBINT INVESTIGATION

| | |
|---|---|
| DATE: | JANUARY 10, 2018 |
| PREPARED BY: | CYCURA |
| FOR: | AIG |
| DELIVERED TO: | JOSEPH CANE, ESQ. |

| | |
|---|---|
| PROJECT CODE: | CYCF-AIG-OSINT-A01 |



## Introduction

The following report provides an analysis of Pete Snyder, to detect his connection to an online campaign against Ms. Tantaros. The investigation was conducted using advanced web intelligence methods, as well as the tactical Webint system "Tangles". The report maps Snyder's companies, people related to them, and career highlights. All subjects investigated are related to digital media or suspicious activities. Moreover, the report presents possible examples of the specific campaign, and general campaigns, which were run by Fox News, and also understanding Snyder's role in them.

The first half of the report depicts the investigation done starting from Pete Snyder, through his companies, to people and companies that are "leads" for better context of incriminating connections. The report's second half details blogs and people related to online campaigns publicly-known to be produced by Fox News, and maps their connections to Snyder.



Intelligence To Action

# Pete Snyder

## General Background

Pete Snyder (born August 5, 1972) is an American entrepreneur and media marketing specialist from Alexandria, Virginia. He is best known for founding New Media Strategies in 1999. Snyder stepped down as CEO of NMS in 2011 and founded the angel investment firm Disruptor Capital in 2012.

In August 2012, Snyder joined Fox News as an on-air contributor during the 2012 elections.[1] He left the network at the end of 2012, when he decided to run for Virginia lieutenant governor.[2] He lost, and in 2017 endorsed Republican Ed Gillespie and worked in his campaign. Gillespie lost to Democrat Ralph Northam.



---

[1] https://www.enhancedonlinenews.com/portal/site/eon/permalink/?ndmViewId=news_view&newsId=20120806005364&newsLang=en&permalinkExtra

[2] https://www.washingtonpost.com/blogs/virginia-politics/post/pete-snyder-running-for-virginia-lieutenant-governor/2012/11/26/0249f040-3808-11e2-a263-f0ebffed2f15_blog.html?utm_term=.23ef8cdb387a



Intelligence To Action

## Companies

### Disruptor Capital

Website: disruptor.com

Invested in:

- Media Group of America

  Website: mgofa.wpengine.com

  - Independent Journal Review (IJR)

    ijr.com

    According to the company's website: "Independent Journal Review (IJR) strives to connect communities across America through innovative and interactive storytelling, reporting, and commentary. Founded in 2012, IJR is part of the Media Group of America — a private holding company with investments in news, lifestyle, and engagement brands — that uses social media and mobile technology to inform, inspire, and impact."

  - IMGE

    imge.com

    Designing and executing integrated digital campaigns.

  - Liftbump

    liftbump.com (but the URL links to IJR's website)



Apparently, a website with content "built for the share economy". As it seems, Liftbump was replaced by IJR and no longer exists. Additional online journals are related to Media Group of America, stating the same physical address as IJR and IMGE (108 S Washington Street, Alexandria, Virginia):

- ▪ Dearly[3]
- ▪ The Response[4]

- Echelon

  echeloninsights.com

  Research, analytics and digital intelligence.

- Pascal Metrics

  pascalmetrics.com

  Field of healthcare. Protected real-time patient safety triggers and analytics.

- Potomac Research Group (now called Hedgeye Potomac Research)

  app.hedgeye.com

  According to the website, the company aims to "provide institutional investors the most incisive and objective policy research analysis available; offer our clients actionable, predictive and non-consensus views; help them hedge against political risk; and find opportunity in

---

[3] https://dearly.com/
[4] http://ijr.com/the-response



highly–regulated industry sectors, including health care, defense, energy, finance, technology, and telecommunications".

- Ledbury

  ledbury.com

  A clothes brand.

## New Media Strategies

New Media Strategies was founded in 1999 as a social media marketing, corporate blogger engagement, brand protection, issue advocacy, online intelligence, and organizational training services. NMS was acquired by Meredith Corporation in 2007.[5] Meredith is a media and marketing company. Meredith publishes 135 magazines ranging from Better Homes & Gardens to Family Circle, and owns 12 TV stations and scores of websites, small ad shops and publishing ventures.[6] Its broadcast services include Fox News local channels, among others.[7]

In 2010 Snyder was named President of Emerging Markets Group, reporting to Meredith Integrated Marketing President Martin Reidy. The Emerging Markets group contained social marketing (New Media Strategies) and mobile marketing (The Hyperfactory) capabilities. Snyder stepped down in 2011.[8]

---

[5] http://www.adweek.com/digital/new-media-strategies-acquired-by-meredith-corporation/
[6] https://nypost.com/2010/07/30/ad-boss-hares-good-fortune-with-staff/
[7] http://www.meredith.com/local-media/broadcast-and-digital
[8] http://adage.com/article/digital/media-strategies-ceo-pete-snyder-step/231601/


Intelligence To Action

Later, New Media Strategies became a part of Meredith Xcelerated Marketing, a "content-powered digital agency".[9]

## Suspicious connections through Snyder's companies

### Media Group of America

Media Group of America was founded by Alex Skatell[10] and Phil Musser[11] in 2013. Snyder's Disruptor invested in MGA in 2015. Aiming to find close connections to Pete Snyder, we analyzed the founders' Facebook profiles and found that Skatell and Snyder have 65 mutual friends, while Musser and Snyder seem closer, with 136 mutual friends.



*Alex Skatell*

[9] http://meredithxceleratedmarketing.com/
[10] https://www.facebook.com/skatell
[11] https://www.facebook.com/phil.musser.1





*Phil Musser*

Phil Musser was also the head of New Frontier Strategies, a strategic communication and public relations firm.[12] Its website has been down since 2016.[13]

## Independent Journal Review

In January 2015, Disruptor Capital invested 1.5 million dollars in Media Group of America (that included Independent Journal Review and IMGE).[14] During that year, new employees were hired to IJR – Benny Johnson, Michelle Jaconi, Bert (Bubba) Atkinson, Justin Green, Hunter Schwarz and Kate Bennett.

Researching their online activity led to the following interesting connections:

Benny Johnson (middle name Arthur)[15] is Snyder's friend on Facebook since November 2015. They have 220 mutual friends.

---

[12] http://www.boeing.com/company/bios/phil-musser.page
[13] https://web.archive.org/web/20150801214615/http://newfrontierstrategy.com/
[14] http://www.businessinsider.com/independent-journal-review-ijr-identity-trump-2017-3
[15] https://www.facebook.com/bennyaj





*Benny Johnson*

> 220 mutual friends including Jim Gilmore and Robert Traynham
>
> Friends since November 2015

*Johnson and Snyder's Facebook friendship*

Additionally, Johnson is a friend of Scott Osborn, the writer of a sexist article about Ms. Tantaros mentioned later in our report.

> 123 mutual friends including Craig Shirley and Peter R Boykin
>
> Friends since April 2015

*Johnson and Osborn's Facebook friendship*

The rest of the 2015 IJR employees only have second-degree connections to Snyder. Michelle Jaconi has 60 mutual friends with him, Kate Bennett – 47, Justin Green – 29, Bert (Bubba) Atkinson – 7, and Hunter Schwarz has 3.[16]

---

[16] https://www.facebook.com/michellejaconi ; https://www.facebook.com/kate.g.bennett ; https://www.facebook.com/jgreendc ; https://www.facebook.com/bert.daddy ; https://www.facebook.com/cnncoverlinehunter



**Independent Journal Review – Agenda**

The journal's articles about Ms. Tantaros are mostly neutral, reporting news like other websites. Yet one article's inclination might be problematic. The article, published on October 4, 2016, describes Ms. Tantaros' rejection of a settlement offer from Fox News and her continuing the lawsuit against them, seeking a "culture change" at the network. The article points out the use of "highly attractive women" by the network for higher ratings. The writer then expresses his opinion that Ms. Tantaros "undoubtedly participated in the culture at Fox News that she intends to change". Finally, he adds: "It may very well be the case that Ailes inappropriately pressured women to conform to a sex–based double standard in order to boost ratings. The question at hand is how much responsibility Tantaros bears for participating in that culture at Fox News."[17]

This article's writer is Kyle Becker, who previously worked at IJR and is now chief editor of Bizpac Review and social media manager for Conservative News Today.[18] While working for IJR, Becker wrote at least three articles showing evident pro–Fox News positions. They were published in different years – 2014, 2015 and 2017.[19] In March 2017 Becker, Johnson and their content

---

[17] https://ijr.com/2016/10/706950-andrea-tantaros-is-rejecting-7-figure-buyout-from-fox-news-to-drop-ailes-lawsuit-shes-got-a-helluva-reason/

[18] https://www.facebook.com/kylenbecker ; https://www.facebook.com/editorkylebecker/

[19] https://ijr.com/2014/06/146409-fox-news-vs-msnbc-trusted-least-trusted-names-news-reported-left-wing-group/ ; https://ijr.com/2015/04/308135-four-women-vs-one-guy-the-most-unexpected-provocative-moments-from-fox-news-outnumbered/ ; https://ijr.com/the-declaration/2017/10/992750-emmy-awards-journalism-show-america-medias-left-wing-bias/



editor Becca Lower were suspended from IJR for publishing a baseless report on Barack Obama.[20]

**Connection to Snyder**

Aside from having worked at IJR, one of the companies Snyder invested in, Becker and Snyder have 17 mutual friends on Facebook.[21]



*Kyle Becker*

## Gillespie for Governor Campaign

Pete Snyder served as the Campaign Chairman for the Gillespie for Governor campaign. Roanoke Valley business and community leader Nancy Dye served as the campaign's Finance Chair.[22]

Ed Gillespie's campaign included negative ads about his opponent, Ralph Northam. Gillespie's team aired ads on broadcast television, many of which

---

[20] http://www.businessinsider.com/independent-journal-review-ijr-identity-trump-2017-3
[21] https://www.facebook.com/friendship/kylenbecker/petesnyder
[22] https://edforvirginia.com/2016/12/09/entrepreneur-conservative-leader-pete-snyder-serve-gillespie-campaign-chairman/



were negative attacks on Northam about social issues, such as Northam's support of restorations of rights for felons, including sex offenders, his support of the removal of statues of Confederate generals, and more. In addition, he attacked Northam over his economic plans.[23]

Following a backfire of a Democrat ad showing a truck driven by a Gillespie-supporter chasing minority children, Gillespie was interviewed about it on Fox News, and said Northam (who allegedly endorsed the ad, although it was not made by his team) disdains Virginians.[24]

We checked the existence of negative tweets against Northam during the negative ads publishing. One of the users that talked against him was @ConfusedPOLs[25], which is possibly a bot, since it posts many tweets of the same type in the same time ranges.

In an attempt to relate this potential sockpuppet to Ms. Tantaros' case, we searched for no pro-Fox or anti-Tantaros tweets. While no such agenda was detected in this account, it may be assumed that if indeed the Gillespie campaign used this tactic, Snyder might have used it against other targets as well.



---

[23] https://www.politico.com/story/2017/11/06/ed-gillespie-virginia-governor-race-244605
[24] https://www.washingtonpost.com/news/powerpost/paloma/daily-202/2017/11/01/daily-202-negative-ads-are-helping-ed-gillespie-win-over-trump-supporters-in-the-virginia-governor-s-race/59f9276930fb0468e7653ff4/?utm_term=.1e2f5ac8f70b
[25] https://twitter.com/ConfusedPOLs/status/928046789399339008



One user, @LoraKabal also expressed negative opinions on the Democratic runner.[26] Furthermore, during May 2017, this user frequently mentioned Fox News female employees who complained against the network or left it, calling the women "horrible witches" and blaming them in creating fake sexual harassment suits.[27]



## Additional Potential Leads

Considering Snyder has professional, and potentially personal, relations to the people working in his companies, investigating thsse figures will lead to activity related to the online campaign against Ms. Tantaros. The following are non-elaborated leads that might be interesting.

### Hedgeye Potomac Research

In 2015 Hedgeye's CEO Keith McCullough became a contributor on Fox Business "Mornings with Maria".[28] His many mentions of the Fox News twitter account speak for his close working relations with the channel.[29]

---

[26] https://twitter.com/LoraKabal/status/928046866620493824
[27] https://twitter.com/LoraKabal/status/865257554829467648
[28] https://app.hedgeye.com/world/history
[29] https://twitter.com/search?f=tweets&q=from%3AKeithMcCullough%20fox%20news&src=typd



**Echelon**

Echelon is one of the companies in Disruptor's portfolio. Kristen Soltis Anderson and Patrick Ruffini launched the company in 2014. "From political campaigns to non-profits to corporations, Echelon works on projects and builds tools that shed new light on how audiences and voters think, act, are persuaded, and are activated."[30]

Kristen Soltis Anderson was Vice President of The Winston Group, a strategy and research firm, during 2012 to 2014.[31] Patrick Ruffini is a political strategist. In 2007 he founded Engage, a digital media agency located in Alexandria, Virginia.[32]

Kristen Soltis Anderson and Pete Snyder are Facebook friends since March 2012 and have 60 mutual connections.[33] Patrick Ruffini and Snyder are connected since December 2007 and have 120 mutual friends.[34] Moreover, the men have one mutual post from August 2011, when Snyder wished Ruffini a happy birthday[35], indicating they were acquainted before Echelon was founded.

---

[30] http://www.iop.harvard.edu/get-involved/internships-careers/directors-internship-program/echelon-insights
[31] https://www.linkedin.com/in/kristen-soltis-anderson-5451256/
[32] https://medium.com/@PatrickRuffini
[33] https://www.facebook.com/kristen.soltis.anderson_=_#
[34] https://www.facebook.com/patrickruffini
[35] https://www.facebook.com/friendship/petesnyder/patrickruffini



# Online Campaign

## Scott Osborn

### Background

A "humoristic" post on the website Joe for America, published on October 21, 2017, shows an Instagram photo of Ms. Tantaros in a bathing suit, with sexist remarks.[36] It is important to note that the rest of the articles mentioning Ms. Tantaros are positive, although not written by the same blogger.

The sexist article's writer is Scott Osborn. He describes himself as "Writer, Preacher, Political activist, as well as the Social Media Director for the TV Comedy Show, The Flipside with Michael Loftus".[37] Osborn is active on Facebook[38] and Twitter.[39] He even has a backup Facebook profile.[40]

The website's owner is Samuel Joseph Wurzelbacher also known as "Joe the Plumber", a known activist and member of the Republican Party since 2012.[41] He is very active online as an activist. His public[42] and personal[43] profiles were detected.

### Connection to Pete Snyder

---

[36] https://joeforamerica.com/2017/10/andrea-tantaros-in-a-bikini/
[37] https://joeforamerica.com/author/scott-osborn/
[38] https://www.facebook.com/scott.osborn.71
[39] https://twitter.com/rbjazzy
[40] https://www.facebook.com/scott.osborn.71697
[41] https://en.wikipedia.org/wiki/Joe_the_Plumber
[42] https://plus.google.com/+JoeForAmerica ; https://www.facebook.com/TheRealJoethePlumber ;
https://twitter.com/RealJTP ; https://www.youtube.com/channel/UCImCx3ugcVsgQfx-5HiHhdw
[43] https://www.facebook.com/samuel.wurzelbacher





Scott Osborn and Snyder have 22 mutual friends on Facebook on Osborn's main account.[44] Wurzelbacher and Snyder are only connected through four Facebook friends.  One of them is AJ Rice, CEO of Publius PR, a public relations firm in Washington, DC and an editor at the website ReaganBabe.com.[45] According to his Facebook details, Rice worked as an executive producer at "The Andrea Tantaros Show".[46]

## Black Rooms

### Background

A report by Salon writer Matthew Sheffield notes that Pete Snyder had done social media "black room" work for Roger Ailes, including operating blogs to spread disinformation about competitors.[47]

The report also claims that under Ailes, Fox retained the services of New Media Strategies, to create and operate a series of homespun–looking websites designed to market women who worked as hosts or correspondents in a sexist manner. One of these websites was called "Girls of Fox News" and it mainly consisted of degrading remarks about the female employees of Fox News. Snyder denied any connection with Girls of Fox News. The writer presents former NMS employees' description of Snyder as accountable for Fox News business within the company. *Considering this, we performed an investigation of Snyder's connections to the black room "employees".*

---

[44] https://www.facebook.com/friendship/petesnyder/scott.osborn.71/
[45] http://reaganbabe.com/about/
[46] https://www.facebook.com/100009659643241
[47] https://www.salon.com/2017/04/18/roger-ailes-fake-news-blogs-sockpuppet/



According to an article on nymag.com, the "black room" was located on the 14th floor of the News Corp building at 1211 Avenue of the Americas, a quiet part of the office that housed Fox News Latino and some marketing and promotions employees. One of Roger Ailes' consultants, Bert Solivan, ran negative PR campaigns against Ailes's personal and political enemies out of Fox News headquarters. Fox employees Ken LaCorte and Jim Pinkerton — veteran political operatives who have worked with Ailes since the 1980s — also worked with Solivan, and Ailes's personal lawyer and Fox contributor Peter Johnson Jr. advised the team.[48]

<u>Bert Solivan</u>

**Background**

Bert Solivan is an executive in the field of digital marketing, management and research from New York. Solivan's Fox experience includes one year at Fox Interactive Media, three years as board member on behalf of Fox at the Online Publishers Association until 2007. Between May 2005 and May 2007 he worked at Fox News – as Senior Vice President of Digital Media and as General Manager of FOXNews.com and FOXbusiness.com. Later in his career, he managed for a short period at Roo Media, an online advertising and marketing company. Solivan was the president of Tracked.com, a business intelligence and news aggregation site from 2008 to 2010, then president of Cliffside Digital, a consulting company specializing in content development, social media and

---

[48] http://nymag.com/daily/intelligencer/2016/08/ailes-used-fox-budget-to-finance-campaigns-against-enemies.html



digital marketing. In August 2015 he joined Ziff Davis, a digital media company, as Vice President of Audience Development.[49]

**Connection to Pete Snyder**

On his personal website he mentions the allegations about sexual misconduct at Fox News and states he does not acknowledge any of these allegations.[50] No additional connection between Solivan and Snyder was detected, apart from their work for Fox.

Jim Pinkerton

**Background**

James P. "Jim" Pinkerton is an author and political analyst. He was a Fox News contributor from 1996 to 2017.[51]

**Connection to Pete Snyder**

Pinkerton is active on Facebook and Twitter as James P. Pinkerton.[52] Their Facebook connections show that he and Snyder have 132 friends in common, though they are not friends of each other.[53] It seems their only mutual business was their Fox News contributor roles, although further analysis might reveal additional connections.

---

[49] https://www.linkedin.com/in/bertsolivan/
[50] http://bertsolivan.com/
[51] https://www.linkedin.com/in/james-p-pinkerton-01a6967/
[52] https://www.facebook.com/james.p.pinkerton ; https://twitter.com/JamesPPinkerton
[53] https://www.facebook.com/friendship/petesnyder/james.p.pinkerton



Intelligence To Action

Pinkerton also has mutual connections with abovementioned blog writer Scott Osborn – 114 mutual friends on Facebook.[54]



*Jim Pinkerton*

<u>Ken LaCorte</u>

**Background**

Ken LaCorte worked at Fox News from January 1998 to December 2016. His first role was Bureau Chief and Director of Editorial until 2006. He was Senior Vice President of Fox News Digital from 2006 to 2016.[55] After he left Fox, he launched his own news website, LaCorte News.[56]

**Connection to Pete Snyder**

Snyder and LaCorte have two mutual friends on Facebook.[57]

---

[54] https://www.facebook.com/friendship/scott.osborn.71/james.p.pinkerton/
[55] https://www.linkedin.com/in/ken-lacorte-50b3b041/
[56] https://www.lacortenews.com/articles/
[57] https://www.facebook.com/friendship/petesnyder/ken.lacorte







*Ken LaCorte*

<u>Peter Johnson Jr.</u>

**Background**

Peter Johnson, Jr. a former Fox news legal analyst and Ailes' personal attorney, who allegedly advised the black room team.[58] He was seen regularly on "Fox & Friends," on news shows and as a contributor to Foxnews.com. Today he is President of Leahey & Johnson, a law firm in New York.[59]

**Connection to Pete Snyder**

No link to Snyder was detected apart from their Fox News work.

---

[58] https://www.mediamatters.org/blog/2016/08/22/does-roger-ailes-personal-attorney-and-air-mouthpiece-still-work-fox-news/212566
[59] http://www.leaheyandjohnson.com/who-we-are/



*Peter Johnson, Jr.*

<u>Bo Dietl</u>

**Background**

Richard A. "Bo" Dietl is a former NYPD detective who admitted to having surveilled targets for Roger Ailes and Fox News.[60] Dietl owns a private investigations and security company – Beau Dietl & Associates.[61]

**Connection to Pete Snyder**

Snyder and Dietl have 3 mutual friends on their Facebook accounts.[62]



*Bo Dietl*

---

[60] https://www.npr.org/2017/05/25/530032162/fox-news-hits-back-at-accusers-lawyer-in-mocking-response-to-lawsuit
[61] https://www.investigations.com/about/
[62] https://www.facebook.com/friendship/petesnyder/100009494402457



Johnny Dollar

**Background**

Another figure connected to the black room is a Michigan lawyer turned blogger named Mark Koldys, also known as Johnny Dollar. Koldys was suspected of being a Fox News sock puppet for the black room operating against Ms. Tantaros. In an interview from September 2016 by Mediaite[63], he denied the claims, explaining that his tweets were not part of a campaign. It should be noted that in the same interview, the blogger adds a remark about Ms. Tantaros: "the notion that it was designed to 'sexualize' her image is ludicrous if you think back to the images she used to post on twitter, let alone the cover of her book."[64]

**Connection to Pete Snyder**

To check his relation to Pete Snyder, we detected his social network profiles. As Johnny Dollar, on top of operating a website, he has accounts on Facebook, Twitter, YouTube and Google Plus.[65] He also has a personal Facebook profile with his real name, Mark Koldys.[66]

Snyder has no apparent interpersonal connections to Koldys. However, Johnny Dollar has two mutual friends with Bo Dietl (mentioned above).[67] One of their mutual friends is John Gibson, who in his turn has 41 mutual connections with

---

[63] https://www.mediaite.com/
[64] http://johnnydollar.us/20160904/confessions-of-a-fox-news-sock-puppet/
[65] http://johnnydollar.us/ ; https://www.facebook.com/johnny.dollar.5811 ;
https://twitter.com/johnnydollar01 ; https://www.youtube.com/user/johnnydollar01/ ;
https://plus.google.com/+johnnydollar
[66] https://www.facebook.com/mkoldys
[67] https://www.facebook.com/friendship/100009494402457/johnny.dollar.5811/



Snyder.[68] Gibson was a host at Fox News Radio until July 2017, when The John Gibson Radio Show moved to the Genesis Communications Network.[69] In December 2005, Johnny Dollar defended Gibson after accusations about the latter that came from newshound.com, an anti-Fox blog.[70]



*John Gibson (mutual friend of Dietl and Koldys)*



*John Gibson's work details*



[68] https://www.facebook.com/100004266166467 ;
https://www.facebook.com/friendship/petesnyder/100004266166467
[69] https://johngibson.com/listen/
[70] http://johnnydollar.us/2004a/C1049953760/E20051224180715/index.html



### The Cable Game

The Cable Game was an anonymous TV news blog launched in July 2005 by a "black room" operating for Roger Ailes against his enemies.[71] Its URL was thecablegame.blogspot.com.[72] The original blog was put down and the last archived page found dates back to October 5, 2011.[73] The blog's first posts are seemingly from 2005.

In its initial description, the writer asked for tips, comments, and so on, to be sent to the email address cablegamer@thecablegame.com or to the AOL instant messaging account CableGameTips.

---

[71] http://www.salon.com/2017/04/18/roger-ailes-fake-news-blogs-sockpuppet/
[72] http://thecablegame.blogspot.com/
[73] https://web.archive.org/web/20111005161359/http://thecablegame.blogspot.com/





*Wayback Machine's archive of The Cable Game blog 10.5.11*





*thecablegame.blogspot.com today*

As can be seen when entering the website nowadays, the blogger is Arjuna Keren, probably a fake name, with a Google+ account used to create the blog.[74]

A different "The Cable Game" blog was detected, hosted on WordPress.[75] Its design is similar to the suspected Fox News blog, but with different names.



*thecablegame.wordpress.com's layout*

[74] https://plus.google.com/116020469824390313791
[75] https://thecablegame.wordpress.com



The blog's description is very similar to the original blog. Only the email address given is different (thecablegamer@gmail.com) and there is no AOL account.

**THE CABLE GAME**

WHICH CABLE NEWS NETWORK IS WINNING THIS WEEK? WHICH ONE'S LOSING? AND WHICH ONE'S A COMPLETE WASTE OF TIME? WHAT DO YOU THINK? SCROLL DOWN TO SUBSCRIBE TO MY RSS FEED...GOT A TIP/COMMENT/SUGGESTION/HATE MAIL/FAN MAIL? SEND ME AN EMAIL AT CABLEGAMER@THECABLEGAME.COM OR AOL INSTANT MESSAGE ME AT CABLEGAMETIPS, OR SCROLL DOWN TO THE COMMENT BOX TO POST AN ANONYMOUS MESSAGE. CONFIDENTIALITY GUARANTEED.

*Screenshot from thecablegame.blogspot.com 2.5.2006*

WHICH CABLE NEWS NETWORK IS WINNING THIS WEEK? WHICH ONE'S LOSING? AND WHICH ONE'S A COMPLETE WASTE OF TIME? WHAT DO YOU THINK? GOT A TIP/COMMENT/SUGGESTION/HATE MAIL/FAN MAIL? SEND ME AN EMAIL AT THECABLEGAMER@GMAIL.COM. CONFIDENTIALITY GUARANTEED.

Admin: Sydney Bloom

*Screenshot from thecablegame.wordpress.com 1.8.2018*

The admin's name is "Sydney Bloom", a fictitious name taken from a TV show.[76]

**Connection to Pete Snyder**

The blogger lists a few websites affiliated to the blog. One of them is Johnny Dollar's Place, the alleged sock puppet blog mentioned in our report. This presents us with a very indirect contact of the new blog to Pete Snyder.

---

[76] http://www.imdb.com/title/tt0112209/fullcredits



**FRIENDS, ALLIES, AND FRENEMIES**

- FTV Live
- Hot Air
- Inside Cable News
- Johnny Dollar's Place
- News Blues
- News on News
- Newsbusters
- TV by the Numbers
- TV Newser

To conclude, one might suspect that after the 2005 blog "The Cable Game" was emptied of its contents, a new, similar blog was created by the same operators, only with neutral content, although no direct link between the blogs was detected. Since the content is not negative nor similar to the campaign described by Ms. Tantaros, the blog might be less relevant. Still, it is important to remember that our targets are digital media specialists, therefore the content found might have been manipulated after the case was exposed.


Intelligence To Action

## Summary

An investigation of Pete Snyder was conducted in an attempt to detect his connection to an online campaign against Ms. Tantaros. The investigation was conducted using advanced web intelligence methods, as well as the tactical Webint system "Tangles". It was found that Snyder's business activities are primarily related to digital media.

As part of the suspicious connections found through companies in Disruptor Capital's portfolio, the report presents that Media Group of America's founders and employees seem to be acquainted with Snyder. A former employee's articles show a clear pro-Fox viewpoint. Furthermore, Snyder was chairman at Ed Gillespie's campaign to become governor of Virginia. The campaign team was accused of publishing ads attacking the opponent on different subjects to decrease his chances of winning.

Investigating negative blogs, as well as people suspected in working for Roger Ailes' anti-enemies black rooms, led to a few interesting connections with Snyder. In terms of a negative online campaign, it seems most evidence of it and its operators was deleted. During the investigation, articles, blogs and websites spreading sexist or negative content about Ms. Tantaros were detected and analyzed. The interesting ones, such as Johnny Dollar's blog, were mentioned in the report.

Further analysis of the found leads might shed more light on the subject and help even more in incriminating Snyder.