# Morgan Lewis

**Christopher A. Parlo**
Partner
+1.212.309.6062
chris.parlo@morganlewis.com

January 30, 2018

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

Re:  Tantaros v. Fox News Network, LLC, et al., No. 17-cv-2958 – Proposed Amended Complaint

Dear Judge Daniels:

Last night Ms. Tantaros filed her proposed *pro se* Amended Complaint. Due to technical difficulties, she was not able to submit Exhibit 3 to the Amended Complaint. With this letter, she is submitting Exhibit 3, which will be included with the courtesy copy of the Amended Complaint that will be delivered today.

Respectfully submitted,

*/s/ Christopher A. Parlo*
    Christopher A. Parlo


cc:    Counsel of Record

DB1/ 95518562.1