UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

X_____X

ANDREA TANTAROS
    Plaintiff,

v.

FOX NEWS NETWORK LLC,
ROGER AILES, WILLIAM SHINE,
IRENA BRIGANTI, PETER A.
SNYDER, DISRUPTOR, INC., and
JOHN DOES 1-50,

    Defendants.

X_____X

No. 1:17-CV-02958 (GBD)

**MOTION OF TOR EKELAND LAW, PLLC, TO WITHDRAW AS COUNSEL**

  Tor Ekeland Law, PLLC ("TE Law") moves this Court for an order under Local Rule 1.4 granting permission for TE Law to withdraw as counsel to plaintiff Andrea Tantaros. The reason for this request is Ms. Tantaros' termination of our representation. The details are set forth in a proposed Declaration of Tor Ekeland, Esq., in Support of Motion to Withdraw as Counsel (the "Affidavit").

  Ms. Tantaros will not be prejudiced by TE Law's withdrawal. Our firm's representation in this matter had just begun, and primarily focused on the amended complaint deadline on January 29, 2018. Ms. Tantaros filed a *pro se* amended complaint on that day, and ample time remains for Ms. Tantaros to locate new counsel or prepare to represent herself *pro se* in upcoming hearings.

### I.     **ARGUMENT**

### Withdrawal is Proper in this Case

Local Civil Rule 1.4, "Withdrawal or Displacement of Attorney of Record," provides as follows:

> An attorney who has appeared as attorney of record or a party may be relieved or displaced only by order of the court and may not withdraw from a case without leave of court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar.

The New York Professional Rules of Conduct require withdrawal when the lawyer is discharged. *See* New York Rules of Professional Conduct ("NY RPC") Rule 1.16(b)(3). Based on Ms. Tantaros' termination, TE Law must withdraw its representation under NY RPC 1.16.

For the above reasons and those in the proposed Declaration, TE Law respectfully requests the Court grant this motion to withdraw as counsel for the Plaintiff in this matter.

Respectfully submitted,

DATED: February 2, 2018

*/s/Tor Ekeland*          _
Tor Ekeland (TE5608)
**Tor Ekeland Law, PLLC**
195 Montague Street, 14th Floor
Brooklyn, NY 11201
Tel: (718) 737-7264
Fax: (718) 504-5417
tor@torekeland.com