UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

X_____X
:
ANDREA TANTAROS :
               Plaintiff, :    No. 1:17-CV-02958 (GBD)
      v. :
:
FOX NEWS NETWORK LLC, :
ROGER AILES, WILLIAM SHINE, :
IRENA BRIGANTI, PETER A. :
SNYDER, DISRUPTOR, INC., and :
JOHN DOES 1-50, :
:
               Defendants. :
:
X_____X

### DECLARATION OF TOR EKELAND, ESQ., IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Under 28 U.S.C § 1746, I, Tor Ekeland, certify under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an adult over the age of 18 and admitted to practice in this court.

2. On January 27, 2018, Ms. Tantaros contacted Tor Ekeland Law, PLLC, through her agent via email, and terminated her representation by this firm.

3. Counsel from Morgan Lewis was copied on that email.

4. On Monday, January 29, 2018, I sent an email to Ms. Tantaros and counsel from Morgan Lewis confirming the termination, and informing them of our intent to file the present motion to withdraw.

5. Also on January 29, 2018, Ms. Tantaros filed a *pro se* amended complaint.

                                                      Respectfully submitted,

DATED: February 2, 2018                */s/Tor Ekeland*
                                                  Tor Ekeland (TE5608)
                                                  **Tor Ekeland Law, PLLC**
                                                  195 Montague Street, 14th Floor
                                                  Brooklyn, NY 11201
                                                  Tel: (718) 737-7264
                                                  Fax: (718) 504-5417
                                                  tor@torekeland.com