# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

900 THIRD AVENUE • 20TH FLOOR
NEW YORK, NEW YORK 10022
212.751.3001
FAX 212.751.3113
www.tklaw.com

MARION J. BACHRACH
DIRECT DIAL: (212) 751-3341
EMAIL: Marion.Bachrach@tklaw.com

AUSTIN
DALLAS
DETROIT
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO

ALGIERS
LONDON
MONTERREY
PARIS

**BY ECF**                                            February 8, 2018

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: ***Tantaros v. Fox News Network, LLC, et al., Case No. 17-cv-02958 (GBD)***

Dear Judge Daniels:

I represent Defendant William Shine in the above-referenced case. I respectfully write to request that the date set by the Court for the next appearance – March 1, 2018 – be adjourned to April 26, 2018. I was not still in the courtroom at the close of the hearing on November 30, 2017 when the Court set the date of March 1. If possible, I would like to attend a conference out of town during that week. No previous request has been made to adjourn this conference. All counsel but one have advised they are available on April 26, if that date suits the Court.[1] If that date does not suit the Court, I will arrange my schedule to be present on March 1.

This request for an adjournment was included in the letter we submitted to the Court yesterday (ECF No. 131), but we submit this request again separately because yesterday's letter was filed as a "Letter Response" to Plaintiff's letter-motion to amend her complaint, and my request for an adjournment may therefore not have been drawn to the Court's attention.

As noted in our letter yesterday, this adjournment would also allow sufficient time for a full briefing of a motion to dismiss.

                Respectfully submitted

                Marion Bachrach

cc: All Counsel (by ECF)

---

[1] All counsel have been consulted about a variety of dates. The only counsel who did not respond is Morgan Lewis. All other counsel are available on April 26.