**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

ANDREA TANTAROS,

                Plaintiff,

-against-

FOX NEWS NETWORK LLC,
ROGER AILES, WILLIAM SHINE, IRENA
BRIGANTI, PETER A. SNYDER, DISRUPTOR,
INC., and JOHN DOE(S) 1-50,

                Defendants.

------------------------------------ x

<u>ORDER</u>

17 Civ. 2958 (GBD)

GEORGE B. DANIELS, District Judge:

On February 5, 2018, Tor Ekeland Law, PLLC moved to withdraw as counsel for Plaintiff. (ECF No. 127.) According to Tor Ekeland, Plaintiff Andrea Tantaros contacted him through her agent via email on January 27, 2018, and terminated his representation of her. (*See* Ekeland Decl., ECF No. 128, ¶ 2.) Ekeland avers that his co-counsel in this case from the law firm of Morgan, Lewis & Bockius LLP were copied on that email. (*Id.* ¶ 3.)

Previously, on January 29, 2018, Christopher A. Parlo of the Morgan, Lewis firm filed a letter with this Court indicating that he and his law firm were no longer representing Plaintiff. (ECF No. 124.) In his letter, Parlo also states that Plaintiff is submitting to this Court a proposed amended complaint and that she "will be proceeding at this time *pro se*." (*Id.*) Attached to Parlo's letter is a proposed amended complaint signed and submitted by Plaintiff *pro se*. (*See* ECF No. 124-2.)

In light of Plaintiff's decision to proceed *pro se*, Tor Ekeland Law, PLLC's motion to withdraw as counsel, (ECF No. 127), is GRANTED. Christopher A. Parlo and the law firm of Morgan, Lewis are also relieved as counsel for Plaintiff.

The Morgan, Lewis law firm is directed to promptly forward a copy of this Order to Plaintiff.

Plaintiff is directed to promptly file a notice of *pro se* appearance, a copy of which is attached hereto. Any procedural questions by *pro se* Plaintiff should be addressed to the Pro Se Office at (212) 805-0175.

Dated: February 8, 2018
      New York, New York

                                         SO ORDERED.

                                         *George B. Daniels*
                                         GEORGE B. DANIELS
                                         UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____
                    Plaintiff(s),

        -against-

_____

_____
                    Defendant(s).

Docket No: _____CV_____(     )(     )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☐ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

☐ Plaintiff
☐ Defendant

_____
Name (Last, First, MI)

_____
Address          City              State           Zip Code

_____
Telephone Number                e-mail address

_____
Date                            Signature