UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ANDREA TANTAROS,

                    Plaintiff,

-against-

FOX NEWS NETWORK LLC,
ROGER AILES, WILLIAM SHINE, IRENA
BRIGANTI, PETER A. SNYDER, DISRUPTOR,
INC., and JOHN DOE(S) 1-50,

                    Defendants.

------------------------------------- x

SCHEDULING ORDER

17 Civ. 2958 (GBD)

GEORGE B. DANIELS, District Judge:

Presently pending before this Court are several motions brought by Defendants Fox News Network LLC, William Shine, and Irena Briganti (collectively, "the Fox Defendants"), as well as Peter A. Snyder and Disruptor, Inc. (the "Snyder Defendants"), to compel arbitration and/or dismiss Plaintiff Andrea Tantaros's complaint for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (*See* ECF Nos. 21, 25, 41.)

Plaintiff, who is now proceeding *pro se*, (ECF No. 124), submitted to this Court a motion for leave to amend the complaint, with a proposed amended complaint signed by her, *pro se*, attached. (*See* ECF No. 124-2.)

On February 5, 2018, counsel for the Snyder Defendants filed a letter with this Court opposing Plaintiff's motion for leave to amend her complaint and advising that if leave were granted, the Snyder Defendants intended to file a motion to dismiss. (ECF No. 129.) Similar letters followed on February 7, 2018, from counsel representing the Fox Defendants.[1] (ECF Nos. 130, 131.)

---

[1] Since the motions were filed, Defendant Shine changed counsel from Dechert LLP to Thompson & Knight LLP. (ECF No. 30.) Defendants Fox News Network LLC and Irena Briganti continue to be represented by Dechert LLP.

Plaintiff's motion for leave to file the *pro se* amended complaint, (ECF No. 124), is GRANTED. The original complaint is hereby dismissed, rendering Defendants' pending motions to compel arbitration and/or to dismiss, (ECF Nos. 21, 25, 41), MOOT. The Clerk of Court is directed to terminate those motions accordingly.

Defendants may file any renewed motions directed towards the *pro se* complaint no later than March 1, 2018. In considering any such motions, this Court is willing to consider the briefs previously submitted as well as the arguments advanced in Defendants' February 5 and February 7 letters in lieu of further submissions. Any response Plaintiff wishes to make shall be filed no later than March 23, 2018. Any reply Defendants wish to make shall be filed no later than April 6, 2018.

*Pro se* Plaintiff and counsel for Defendants shall attend a conference in this matter on February 15, 2018, at 9:30 a.m.

Counsel from the law firm of Morgan, Lewis & Bockius LLP is directed to promptly forward a copy of this Order to Plaintiff.

Dated: February 8, 2018
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2