

**United States District Court
Southern District of New York**
*Pro Se Office*

RECEIVED
SDNY PRO SE OFFICE

2018 FEB 15  AM 10: 27

S.D. OF N.Y.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

Andrea K. Tantaros vs. Fox News, LLC, Roger Ailes, William Shine, Peter A. Snyder and John Does 1-50

DOCKET#: 1:17 CV-02958-GBD

Name (Last, First, MI)

Address _____  City _____  State _____  Zip Code _____

Telephone Number _____

E-mail Address: astero@tutanota.com

Date: 2/15/18

Signature: [signed] Andrea Tantaros

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/18