UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andrea K. Tantaros

Plaintiff(s),

-against-

Fox News, LLC, Roger Ailes, William Shine,

Irena Briganti, Peter A. Snyder, Disruptor, Inc.,

and John Does 1-50.   Defendant(s).

Docket No: 1:17CV02958(GBD)( )

NOTICE OF PRO SE APPEARANCE

RECEIVED
SDNY PRO SE OFFICE
2018 FEB 15  AM 10: 27
S.D. OF N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/18

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Andrea K. Tantaros
Name (Last, First, MI)

☑ Plaintiff
☐ Defendant

Address    City    State    Zip Code

astero@tutanota.com

Telephone Number    e-mail address

February 8, 2018
Date

Signature