# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

900 THIRD AVENUE • 20TH FLOOR
NEW YORK, NEW YORK 10022
212.751.3001
FAX 212.751.3113
www.tklaw.com

ANDY S. OH
DIRECT DIAL: (212) 751-3537
EMAIL: andy.oh@tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK

ALGIERS
LONDON
MÉXICO CITY
MONTERREY
PARIS

March 1, 2018

**By ECF and Fed-Ex Overnight Delivery**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re: *Tantaros v. Fox News Network, LLC, et al.* **(Case No. 17 Civ. 2958)**

Dear Judge Daniels:

We represent defendant William Shine in the above-referenced civil case. In accordance with Rule III.A of the Court's Individual Rules and Practices, we respectfully submit courtesy copies of the following papers that we filed today on behalf of Mr. Shine: (1) Notice of Motion to Dismiss the Amended Complaint With Prejudice [ECF Doc. No. 139], and (2) Memorandum of Law in Support of Defendant William Shine's Motion to Dismiss With Prejudice the Amended Complaint of *Pro Se* Plaintiff Andrea Tantaros [ECF Doc. No. 140].

Pursuant to Rule IV.D of the Court's Individual Rules and Practices, we respectfully request oral argument on this motion.

Respectfully submitted,

Andy S. Oh

Enclosures

cc: All Counsel and *Pro Se* Plaintiff Andrea Tantaros (by ECF)