UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x

ANDREA TANTAROS,

                          Plaintiff,

                      - against -

FOX NEWS NETWORK, LLC, ROGER AILES, WILLIAM SHINE, IRENA BRIGANTI, PETER A. SNYDER, DISRUPTOR, INC., and JOHN DOES 1-50,

                         Defendants.

------------------------------------------------- x

17 Civ. 02958 (GBD)

NOTICE OF MOTION

ECF CASE

**NOTICE OF MOTION BY DEFENDANTS FOX NEWS NETWORK, LLC AND IRENA BRIGANTI TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12(b)(6) and upon the accompanying Memorandum of Law and all other papers served and proceedings held in this matter, Defendants Fox News Network, LLC and Irena Briganti, through their undersigned attorneys, will move this Court, Honorable George B. Daniels, District Judge on April 17, 2018 at 9:30 a.m. at the United States Courthouse, 500 Pearl Street, Courtroom 11A, New York, New York, for an Order dismissing the Amended Complaint with prejudice. By prior Order of the

- 2 -

Court, any opposition to this motion should be filed no later than March 23, 2018, and any reply should be filed no later than April 6, 2018.

Dated: New York, New York
       March 1, 2018

                        Respectfully submitted,

                        DECHERT LLP

                        By: */s/ Linda C. Goldstein*
                              Andrew J. Levander
                              Linda C. Goldstein
                              Nicolle L. Jacoby
                              Benjamin M. Rose

                        1095 Avenue of the Americas
                        New York, New York 10036
                        Tel: (212) 698-3500

                        *Attorneys for Defendants Fox News Network, LLC and Irena Briganti*