UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ANDREA TANTAROS,

              Plaintiff,              17 Civ. 2958 (GBD)

    - against -

FOX NEWS NETWORK, LLC, ROGER
AILES, WILLIAM SHINE, IRENA BRIGANTI,
PETER A. SNYDER, DISRUPTOR, INC., and
JOHN DOES 1-50,

              Defendants,

------------------------------------x

### PLAINTIFF'S NOTICE OF MOTION
### TO JOIN THE ESTATE OF ROGER AILES

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Plaintiff's Motion to Join the Estate of Roger Ailes, Plaintiff Andrea Tantaros will move this Court, at a date and time to be determined by the Court, for an order, pursuant to Rule 20 of the Federal Rules of Civil Procedure, adding the Estate of Roger Ailes as a Defendant in this action.

Dated: March 23, 2018                          Most respectfully submitted,

                                                                                      */s/ Andrea Tantaros*

                                                                                       Andrea Tantaros, *Pro Se*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

ANDREA TANTAROS,

                 Plaintiff,              17 Civ. 2958 (GBD)

       - against -

FOX NEWS NETWORK, LLC, ROGER
AILES, WILLIAM SHINE, IRENA BRIGANTI,
PETER A. SNYDER, DISRUPTOR, INC., and
JOHN DOES 1-50,

                 Defendants,

------------------------------------------------x

### [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO JOIN THE ESTATE OF ROGER AILES

WHEREBY, upon Plaintiff's Motion to Join the Estate of Roger Ailes and Memorandum of Law, and upon consideration of any response or opposition thereto, and this Court having considered all papers submitted by the parties, and due deliberation having been had thereon,

IT IS HEREBY ORDERED that the Estate of Roger Ailes is joined as a Defendant in this action. Plaintiff shall serve the summons and complaint on Elizabeth Ailes as Personal Representative of the Estate of Roger Ailes, on or before April 30, 2018.

SO ORDERED:                                        _____

                                                              The Honorable George B. Daniels
                                                              United States District Judge

This ___ day of _____, 2018