UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ANDREA TANTAROS,

                       Plaintiff,

    -against-                                    SCHEDULING ORDER

FOX NEWS NETWORK LLC, et al.,            17 Civ. 2958 (GBD)

                      Defendants.

------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

The conference previously scheduled for April 17, 2018, is adjourned to June 28, 2018, at 9:45 a.m.

Dated: April 12, 2018
       New York, New York

                                                    SO ORDERED.

                                                    GEORGE B. DANIELS
                                                    UNITED STATES DISTRICT JUDGE