UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 18 2018

Andrea Tantaros

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:17 CV 02958 (GBD)( )

-against-

**NOTICE OF APPEAL**

Fox News, LLC, Roger Ailes, William Shine, Irena Briganti, Peter A. Snyder, Disruptor, Inc.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Andrea Tantaros

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☑ order entered on: May 18, 2018

(date that judgment or order was entered on docket)

that:

Order on Defendant's Motion to Dismiss was granted; the motion to substitute the Estate of Roger Ailes for Defendant Ailes was denied

(If the appeal is from an order, provide a brief description above of the decision in the order.)

June 15, 2018
Dated

[signature]
Signature*

Andrea Tantaros
Name (Last, First, MI)

245 8th Avenue     New York     NY     10011
Address              City         State   Zip Code

917-654-2611                    astero@tutanota.com
Telephone Number                E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

FedEx Express

FedEx carbon-neutral
envelope shipping

ORIGIN ID:BOWA (917) 256-2611
ANDREA TANTAROS

154 W 70TH ST APT 4B

NEW YORK, NY 10023
UNITED STATES US

SHIP DATE: 15JUN18
ACTWGT: 0.20 LB
CAD: 6992577/SSFO1904

BILL CREDIT CARD

TO US DISTRICT COURT SDNY
PRO SE INTAKE UNIT DANIEL PATRICK
MOYNIHAN US COURT HOUSE
500 PEARL ST ROOM 200
NEW YORK NY 10007

(212) 805-0175 REF:
INV:
PO: DEPT:

FedEx Express E

MON – 18 JUN 10:30A
PRIORITY OVERNIGHT

TRK# 0201 7814 4745 9391

XA PCTA

10007
NY-US EWR

2018 JUN 18 PM 3:20

